U.S. DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA, STATESVILLE DIVISION

AT&T CORP.,
a New York corporation,

and

BELLSOUTH
TELECOMMUNICATIONS, INC.,
a Georgia corporation,

    Plaintiffs,

v.

CONNECT, INC.,
a North Carolina corporation,

    Defendant.

FILED
CHARLOTTE, NC

NOV 1 5 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Case No. 5:10-cv-85

## ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

After considering Plaintiffs AT&T Corp. and Bellsouth Telecommunications, Inc.'s Motion for Default Judgment against Defendant Connect, Inc., proof of service, the affidavits, and other evidence on file, and after having otherwise being advised in the premises:

HEREBY ORDERS AND ADJUDGES:

1. Plaintiffs' Motion for Entry of Default Judgment against the Defendant is **GRANTED** in the amount of $470,156.31, plus interest at the rate of

18% per annum and reasonable costs.

SIGNED on 15 Nov, 2010.

_____
U.S. DISTRICT COURT JUDGE